ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JASON K. AXE
Assistant United States Attorney
California Bar Number 187101
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8827
    Facsimile: (213) 894-7819
    E-mail: Jason.Axe@usdoj.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MUNGER, TOLLES & OLSON LLP O/B/O AMERICAN MANAGEMENT SERVICES LLC, D/B/A/ PINNACLE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY,<br><br>Defendants. | No. CV 13-06890 DDP (MANx)<br><br>**ANSWER OF DEFENDANT TO PLAINTIFF'S COMPLAINT** |

    Defendant acting by and through its undersigned attorneys, hereby answers the allegations in Plaintiff's Complaint as follows:

    1.    The allegations of paragraph 1 of the Complaint constitute legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations contained in paragraph 1 of the Complaint.

    2.    Deny.

CV13-6890.20140205.JKA.Answer - 577.docx

3. Deny.

4. Deny.

5. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 5 of the Complaint and on that basis denies them.

6. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 6 of the Complaint and on that basis denies them.

7. Defendant admits that the Army is not a party to the litigation between Clark and Pinnacle. Defendant lacks knowledge sufficient to form a belief as to the truth of the remaining matters asserted in paragraph 7 of the Complaint and on that basis denies them.

8. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 8 of the Complaint and on that basis denies them.

9. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 9 of the Complaint and on that basis denies them.

10. The allegations of paragraph 10 of the Complaint constitute allegations of jurisdiction to which no response is required. To the extent a response is deemed required, Defendant denies the allegations contained in paragraph 10 of the Complaint.

11. The allegations of paragraph 11 of the Complaint constitute allegations of jurisdiction to which no response is required. To the extent a response is deemed required, Defendant denies the allegations contained in paragraph 11 of the Complaint.

12. The allegations of paragraph 12 of the Complaint constitute allegations of venue to which no response is required. To the extent a response is

deemed required, Defendant denies the allegations contained in paragraph 12 of the Complaint.

13. Admit.

14. Admit that the Army is a federal agency within the meaning of 5 U.S.C. § 552(f)(1). Defendant lacks knowledge sufficient to form a belief as to the truth of the remaining matters asserted in paragraph 14 of the Complaint and on that basis denies them.

15. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 15 of the Complaint and on that basis denies them.

16. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 16 of the Complaint and on that basis denies them.

17. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 17 of the Complaint and on that basis denies them.

18. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 18 of the Complaint and on that basis denies them.

19. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 19 of the Complaint and on that basis denies them.

20. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 20 of the Complaint and on that basis denies them.

21. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 21 of the Complaint and on that basis denies them.

22. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 22 of the Complaint and on that basis denies them.

23. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 23 of the Complaint and on that basis denies them.

24. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 24 of the Complaint and on that basis denies them.

25. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 25 of the Complaint and on that basis denies them.

26. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 26 of the Complaint and on that basis denies them.

27. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 27 of the Complaint and on that basis denies them.

28. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 28 of the Complaint and on that basis denies them.

29. The allegations of paragraph 29 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations contained in paragraph 29 of the Complaint. Defendant avers that the provisions of 5 U.S.C. § 552 speak for themselves.

30. The allegations of paragraph 30 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is deemed

required, Defendant denies the allegations contained in paragraph 30 of the Complaint.  Defendant avers that the provisions of 5 U.S.C. § 552 and 32 C.F.R. § 518 speak for themselves.

31.	The allegations of paragraph 31 of the Complaint constitute legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations contained in paragraph 31 of the Complaint.  Defendant avers that the provisions of 5 U.S.C. § 552 speak for themselves.

32.	The allegations of paragraph 32 of the Complaint constitute legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations contained in paragraph 32 of the Complaint.  Defendant avers that the provisions of 5 U.S.C. § 552 and 32 C.F.R. § 518 speak for themselves.

33.	The allegations of paragraph 33 of the Complaint constitute legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations contained in paragraph 33 of the Complaint.  Defendant avers that the provisions of 32 C.F.R. § 518 speak for themselves.

34.	The allegations of paragraph 34 of the Complaint constitute legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations contained in paragraph 34 of the Complaint.  Defendant avers that the provisions of *A Citizen's Guide to Request Army Records Under the Freedom of Information Act* speak for themselves.

35.	The allegations of paragraph 35 of the Complaint constitute legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations contained in paragraph 35 of the Complaint.  Defendant avers that the provisions of 32 C.F.R. § 518 speak for themselves.

36. The allegations of paragraph 36 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations contained in paragraph 36 of the Complaint. Defendant avers that the provisions of 5 U.S.C. § 552 speak for themselves.

37. The allegations of paragraph 37 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations contained in paragraph 37 of the Complaint. Defendant avers that the provisions of 5 U.S.C. § 552 speak for themselves.

38. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 38 of the Complaint and on that basis denies them. Defendant avers that Exhibit A to Plaintiff's Complaint speaks for itself.

39. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 39 of the Complaint and on that basis denies them. Defendant avers that Exhibit B to Plaintiff's Complaint speaks for itself.

40. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 40 of the Complaint and on that basis denies them. Defendant avers that Exhibit C to Plaintiff's Complaint speaks for itself.

41. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 41 of the Complaint and on that basis denies them. Defendant avers that Exhibit D to Plaintiff's Complaint speaks for itself.

42. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 42 of the Complaint and on that basis denies them.

43. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 43 of the Complaint and on that basis denies them.

1  44. Defendant lacks knowledge sufficient to form a belief as to the truth
2  of the matters asserted in paragraph 44 of the Complaint and on that basis denies
3  them.
4  45. Defendant lacks knowledge sufficient to form a belief as to the truth
5  of the matters asserted in paragraph 45 of the Complaint and on that basis denies
6  them.
7  46. Defendant lacks knowledge sufficient to form a belief as to the truth
8  of the matters asserted in paragraph 46 of the Complaint and on that basis denies
9  them.  Defendant avers that Exhibit E to Plaintiff's Complaint speaks for itself.
10  47. Defendant lacks knowledge sufficient to form a belief as to the truth
11  of the matters asserted in paragraph 47 of the Complaint and on that basis denies
12  them.  Defendant avers that Exhibit E to Plaintiff's Complaint speaks for itself.
13  48. Defendant lacks knowledge sufficient to form a belief as to the truth
14  of the matters asserted in paragraph 48 of the Complaint and on that basis denies
15  them.  Defendant avers that Exhibit F to Plaintiff's Complaint speaks for itself.
16  49. Defendant lacks knowledge sufficient to form a belief as to the truth
17  of the matters asserted in paragraph 49 of the Complaint and on that basis denies
18  them.  Defendant avers that Exhibit G to Plaintiff's Complaint speaks for itself.
19  50. Defendant lacks knowledge sufficient to form a belief as to the truth
20  of the matters asserted in paragraph 50 of the Complaint and on that basis denies
21  them.
22  51. Defendant lacks knowledge sufficient to form a belief as to the truth
23  of the matters asserted in paragraph 51 of the Complaint and on that basis denies
24  them.
25  52. Defendant lacks knowledge sufficient to form a belief as to the truth
26  of the matters asserted in paragraph 52 of the Complaint and on that basis denies
27  them.  Defendant avers that Exhibit H to Plaintiff's Complaint speaks for itself.
28

1  53. Defendant lacks knowledge sufficient to form a belief as to the truth
2  of the matters asserted in paragraph 53 of the Complaint and on that basis denies
3  them.
4  54. Defendant lacks knowledge sufficient to form a belief as to the truth
5  of the matters asserted in paragraph 54 of the Complaint and on that basis denies
6  them.  Defendant avers that Exhibit I to Plaintiff's Complaint speaks for itself.
7  55. Defendant lacks knowledge sufficient to form a belief as to the truth
8  of the matters asserted in paragraph 55 of the Complaint and on that basis denies
9  them.  Defendant avers that Exhibit J to Plaintiff's Complaint speaks for itself.
10 56. Defendant lacks knowledge sufficient to form a belief as to the truth
11 of the matters asserted in paragraph 56 of the Complaint and on that basis denies
12 them.  Defendant avers that Exhibit K to Plaintiff's Complaint speaks for itself.
13 57. Defendant lacks knowledge sufficient to form a belief as to the truth
14 of the matters asserted in paragraph 57 of the Complaint and on that basis denies
15 them.
16 58. Defendant lacks knowledge sufficient to form a belief as to the truth
17 of the matters asserted in paragraph 58 of the Complaint and on that basis denies
18 them.  Defendant avers that Exhibit L to Plaintiff's Complaint speaks for itself.
19 59. Defendant lacks knowledge sufficient to form a belief as to the truth
20 of the matters asserted in paragraph 59 of the Complaint and on that basis denies
21 them.  Defendant avers that Exhibit M to Plaintiff's Complaint speaks for itself.
22 60. Defendant lacks knowledge sufficient to form a belief as to the truth
23 of the matters asserted in paragraph 60 of the Complaint and on that basis denies
24 them.  Defendant avers that Exhibit N to Plaintiff's Complaint speaks for itself.
25 61. Deny.
26 62. Defendant reasserts its responses to the preceding paragraphs and
27 incorporates them fully by reference as if set forth herein.
28

63. Defendant avers that Plaintiff's FOIA request at issue in this litigation speaks for itself.

64. Deny.

65. Deny.

66. Deny.

67. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 67 of the Complaint and on that basis denies them.

68. Defendants lack knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 68 of the Complaint and on that basis deny them.

69. Deny.

70. The remainder of the Complaint constitutes Plaintiff's prayer for relief to which no response is required. To the extent that a response is deemed required, the allegations of the prayer for relief are denied. Plaintiff should take nothing at all.

71. Any allegation contained in Plaintiff's Complaint that has not been admitted or denied is hereby denied.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against Defendants upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

### SECOND AFFIRMATIVE DEFENSE

The Complaint purports to impose obligations upon Defendants that exceed those imposed by the Freedom of Information Act ("FOIA").

### THIRD AFFIRMATIVE DEFENSE

Plaintiff is not entitled to compel the production of records that are exempt from disclosure under FOIA or under other provisions of law, or to compel the production of records that are not subject to FOIA.

1      WHEREFORE, Defendant prays for judgment dismissing Plaintiff's Complaint, and awarding Defendant its costs and disbursements in this action, and for such other and further relief as the Court may deem just and proper.

Dated: February 5, 2014           Respectfully submitted,

                                          ANDRÉ BIROTTE JR.
                                          United States Attorney
                                          LEON W. WEIDMAN
                                          Assistant United States Attorney
                                          Chief, Civil Division

                                          /s/ *Jason K. Axe*
                                          JASON K. AXE
                                          Assistant United States Attorney
                                          Attorneys for Defendant