ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JASON K. AXE
Assistant United States Attorney
California Bar Number 187101
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8827
    Facsimile: (213) 894-7819
    E-mail: Jason.Axe@usdoj.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MUNGER, TOLLES & OLSON LLP O/B/O AMERICAN MANAGEMENT SERVICES LLC, D/B/A/ PINNACLE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY,<br><br>Defendant. | No. CV 13-6890 DDP (MANx)<br><br>**VAUGHN INDEX IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Fed. R. Civ. P. 56]<br><br>Date:  September 29, 2014<br>Time:  10:00 a.m.<br>Ctrm:  Hon. Dean D. Pregerson |

/ / /

/ / /

1       Defendant U.S. Department of the Army hereby files it <u>Vaughn</u> Index in support of its motion for summary judgment.  The <u>Vaughn</u> index consists of (1) the Declarations of Jose L. Burgos and Phil Cowley (including the Itemization of documents withheld); and (2) copies of the redacted documents.

Dated:  June 30, 2014          Respectfully submitted,

                                    ANDRÉ BIROTTE JR.
                                    United States Attorney
                                    LEON W. WEIDMAN
                                    Assistant United States Attorney
                                    Chief, Civil Division

                                     /s/ *Jason K. Axe*
                                    JASON K. AXE
                                    Assistant United States Attorney
                                    Attorneys for Defendant