O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MUNGER, TOLLES & OLSON LLP O/B/O AMERICAN MANAGEMENT SERVICES LL, D/B/A PINNACLE,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV 13-06890 DDP (MANx)<br><br>**ORDER RE: RETURN OF IN CAMERA SUBMISSION AND REVISION OF REDACTED DOCUMENTS** |

On October 6, 2014, the Court ordered Defendant to deliver unredacted copies of the documents in this case for in camera review. On October 17, 2014, Defendant submitted the documents to the Court. The Court has reviewed the documents and has found good cause to order the release of some, but not all, of the redacted information. The Court has therefore marked up the documents to indicate the portions to be released as follows:

- **Pro Formas:** The "Pro Forma" spreadsheet documents were properly withheld in their entirety and do not need to be released.

- **Modified Scope Plans:** Where the Court has highlighted text in **green**, the Court *agrees* with the Army's redactions, and the redaction *stands*. Large paragraphs, tables, and charts may be crossed through with a green "X"–this indicates that the redaction is correct in its entirety and *no change* need be made.
- Any previously redacted text which is **not highlighted in green** must be *released*.

Defendant shall pick up the documents from Judge Pregerson's judicial assistant on Wednesday, November 12, 2014, between the hours of 9:30 a.m. and 3:30 pm.  No later than December 12, 2014, Defendant shall create new redacted versions of the Modified Scope Plan documents in conformity with the Court's instructions and release them to Plaintiff.  Defendant shall also provide two copies of the newly redacted versions to the Court.

IT IS SO ORDERED.

Dated: November 6, 2014

DEAN D. PREGERSON
United States District Judge